408 So.2d 533 (1982)
Ex parte State of Alabama.
(Re Timothy Charles DAVIS
v.
STATE of Alabama).
81-73.
Supreme Court of Alabama.
January 8, 1982.
Charles A. Graddick, Atty. Gen., and J. Anthony McLain and James F. Hampton, Sp. Asst. Attys. Gen., for petitioner.
Stanley B. Sikes of Sikes, Kelly, Edward & Bryant, Selma, for respondent.
BEATTY, Justice.
WRIT DENIED.
TORBERT, C. J., and FAULKNER, ALMON, SHORES and EMBRY, JJ., concur.
MADDOX, JONES and ADAMS, JJ., dissent.
JONES, Justice, dissenting.
I respectfully dissent. I would grant the writ. See my dissent in Ex parte State (Re: Bryars v. State) 407 So.2d 566 (Ala. 1981).
MADDOX and ADAMS, JJ., concur.